UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (CLEVELAND)

| In Re: | ) Chapter 13 Case No.: 16 - 14116 - aih |
| --- | --- |
|  | ) |
| JARVIS ALAN CLARK | ) Judge ARTHUR I. HARRIS |
|  | ) |
| Debtor. | ) X Original Chapter 13 Plan |
|  | ) ___ Modified Chapter 13 Plan, dated _____ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF SPECIAL PROVISIONS (Check One)**
   _X_  This plan DOES NOT include any provision deviating from the uniform plan in effect at the time of the filing of this case.
   ____  This plan DOES contain special provisions that must be and are set forth in paragraph 11 below.

**NOTICE OF DISCHARGE ELIGIBILITY**
The Debtor is eligible for discharge unless otherwise indicated below:
   ____  Debtor is NOT eligible for discharge under 11 U.S.C §1328(f).
   ____  Joint Debtor is NOT eligible for discharge under 11 U.S.C §1328(f).

**ATTENTION CREDITORS AND PARTIES IN INTEREST**
This plan sets forth how the Debtor or Debtors ("Debtor") propose to pay claims. You should read this plan carefully and discuss it with your attorney. Anyone who wishes to oppose any provision of this plan must file a timely written objection with the court. This plan may be confirmed and become binding without further notice or hearing unless a timely written objection is filed. Creditors must file a proof of claim with the court in order to receive distributions under this plan.

---

**1. PAYMENTS**
A. The Debtor shall make monthly payments to the Chapter 13 Trustee ("Trustee") in the amount of $230.00 per month ("Plan Payment") for at least the duration of the applicable commitment period, unless all allowed claims are paid in full in a shorter period of time.

B. (Check One)
   _X_  The applicable commitment period is 36 months.
   ____  The applicable commitment period is 60 months.

C. Unless the court orders otherwise, the plan will not be considered complete until either (i) all allowed claims are paid in full, or (ii) the plan has run for at least the applicable commitment period and at least the amount specified in paragraph 7 has been paid to unsecured creditors.

D. Trustee may increase the Plan Payment during the term of the plan as necessary to reflect increases, if any, in any conduit payments paid by the Trustee.

1

## 2. DISTRIBUTIONS

A. After confirmation of this plan, funds available for distribution will be paid monthly by the Trustee in the following order: (i) Trustee's authorized percentage fee and/or administrative expenses; (ii) attorney fees as allowed under applicable rules and guidelines; (iii) conduit payments as provided for in paragraph 3(C); (iv) monthly payments as provided for in paragraph 5(C); (v) monthly payments as provided for in paragraphs 3(A), 3(B), 4(A), 4(B) and 9; (vi) monthly payments as provided for in paragraph 6; and (vii) general unsecured claims.

B. If the Trustee has received insufficient funds from the Debtor to make the conduit payment, the Trustee may accumulate funds until sufficient funds are available for distribution of a full monthly payment. The Trustee may distribute amounts different from the monthly payments specified in the plan if the Trustee determines such deviation is appropriate or reasonably necessary for the administration of the plan.

C. Unless a claim objection is sustained, a motion to value collateral or to avoid a lien is granted, or the court orders otherwise, distributions on account of claims in paragraphs 3(A), 3(C), 4(A), 5, 6, 7 and 9 will be based upon the classification and amount stated in each claim holder's proof of claim rather than any classification or amount stated in this plan. Conversely, distributions on account of claims in paragraphs 3(B), 4(B) and 4(C) will be based upon the classification and amount stated in the plan rather than the classification and amount stated in the claim holder's proof of claim. Unless otherwise set or mandated by statute, interest on all secured personal property claims provided for in this plan shall be paid pursuant to paragraph 4(D).

## 3. CLAIMS SECURED BY REAL PROPERTY

**A. Mortgage Arrearages and Real Estate Tax Arrearages (Paid per the Proof of Claim)**
Trustee shall pay the monthly payment amount to allowed claims for mortgage arrearages and real estate tax arrearages. Note: If the Trustee will not be making the continuing mortgage payments, the Debtor is responsible for paying all post-petition mortgage payments that ordinarily come due beginning with the first payment due after the filing of the case.

| Creditor | Property Address | Estimated Arrearage Claim | Monthly Payment on Arrearage Claim (Paid by Trustee) |
|---|---|---|---|
| Ocwen Loan Servicing | 16000 Waterloo Road Cleveland, Ohio | $0 | * Property to be surrendered. See paragraph 9 |
| 21st Mortgage Corp | 3455 Edison Road Cleveland Heights, OH | $0 | |

**B. Other Real Estate Claims (Paid per the Plan)**
Trustee shall pay the monthly payment amount to creditors up to the amount and interest rate as specified below. The portion of any allowed claim that exceeds the amount to be paid through the plan shall be treated as an unsecured claim. Unless the court orders otherwise, upon confirmation, the amount, interest rate and monthly payment specified below will be binding under 11 U.S.C §1327.

| Creditor | Property Address | Amount to be Paid Through the Plan | Interest Rate | Monthly Payment (Paid by Trustee) |
|---|---|---|---|---|
| City of Cleveland Treasurer | 16000 Waterloo Road Cleveland, Ohio | $0 | $0 | * Property to be surrendered. See paragraph 9 |

**C. Conduit Payments**
Trustee shall pay the regular monthly mortgage payments beginning with the first payment due after the filing of the case (or the first payment due after the filing of a modified plan if the modified plan proposes to change the treatment of a mortgage from "non-conduit" to "conduit"). Unless real estate taxes and insurance are included in the

mortgage payments to be paid by the Trustee pursuant to the Plan, the Debtor shall remain responsible for paying those obligations as they become due. Note: If the Trustee is making the continuing monthly mortgage payments, the mortgage creditor must also be listed in paragraph 3(A) above.

| Creditor | Property Address | Monthly Payment (Paid by Trustee) |
|---|---|---|

NONE

## 4. CLAIMS SECURED BY PERSONAL PROPERTY
### A. Secured Claims (Paid per the Proof of Claim)
Claims specified below are debts secured by a purchase money security interest in a vehicle acquired for the personal use of the Debtor for which the debt was incurred within 910 days of filing the bankruptcy petition, or, if the collateral for the debt is any other thing of value, the debt was incurred within one year of filing. Trustee shall pay the following claims, with interest per paragraph 4(D), in equal monthly payments as specified below.

| Creditor | Collateral Description | Monthly Payment (Paid by Trustee) |
|---|---|---|

NONE

### B. Other Secured Claims (Paid per the Plan)
Claims specified below are debts secured by personal property not provided for in paragraph 4(A) above. Trustee shall pay the allowed claims up to the secured amount, with interest per paragraph 4(D), in equal monthly payments as specified below. The portion of any allowed claim that exceeds the secured amount will be treated as an unsecured claim. Unless the court orders otherwise, upon confirmation, the secured amount and monthly payment specified below will be binding under 11 U.S.C. §1327.

| Creditor | Collateral Description | Secured Amount | Monthly Payment (Paid by Trustee) |
|---|---|---|---|

NONE

### C. Pre-confirmation Adequate Protection Payments (Paid per the Plan)
Trustee shall pay the monthly payment amount to creditors for pre-confirmation adequate protection as specified below.

| Creditor | Collateral Description | Monthly Payment (Paid by Trustee) |
|---|---|---|

NONE

### D. Interest
The interest rate to be paid on all secured personal property claims provided for in this plan shall be the prime rate plus a risk factor of 2.0%. The applicable prime rate shall be fixed for the life of this plan at the U.S. prime rate shown in the Wall Street Journal for Money Rates as of the date of the entry of the confirmation order. Only through separate order may a party-in-interest obtain court approval to apply a different interest rate. This provision shall not alter interest rates set or mandated by statute.

## 5. DOMESTIC SUPPORT OBLIGATIONS (Paid per the Proof of Claim)
A. Debtor   does   **X does not**   have domestic support obligations under 11 U.S.C. §101(14A).

B. Specify the holder(s) of any claims for domestic support obligations under 11 U.S.C. §1302(d) unless the holder is a minor. If the holder of a claim is a minor, the name and address of the minor holder shall be disclosed to the Trustee in a private document contemporaneously with the filing of this plan in compliance with 11 U.S.C. §112.

<u>Holder Name</u>            <u>Address</u>

NONE


C. Trustee shall pay the monthly payment amount to creditors for domestic support obligation arrearages as specified below. Debtor shall pay the holder(s) of non-arrearage claims for domestic support obligations as those payments ordinarily come due unless otherwise specified in paragraph 11 – Special Provisions.

|  |  | Monthly Payment |
|---|---|---|
|  | Creditor | on Arrearage Claim |
| <u>Creditor</u> | <u>Address</u> | <u>(Paid by Trustee)</u> |

NONE


## 6. OTHER PRIORITY CLAIMS (Paid per the Proof of Claim)
Trustee shall pay the monthly payment amount to creditors for allowed unsecured priority claims as specified below.

|  | Monthly Payment |
|---|---|
| <u>Creditor</u> | <u>(Paid by Trustee)</u> |

NONE


## 7. GENERAL UNSECURED CLAIMS
Debtor estimates the total of the non-priority unsecured debt to be $67,627.00. Trustee will pay to creditors with allowed non-priority unsecured claims a pro-rata share of $67,627.00 or 15%, whichever is greater. Trustee is authorized to increase the amount paid to unsecured creditors in order to comply with paragraph 1 of this plan.


## 8. PROPERTY TO BE SURRENDERED
A. Debtor surrenders the property described below and the creditor may file a claim for the deficiency, which will be treated as a non-priority unsecured claim. Any unsecured deficiency claim must be filed by the bar date for claims or allowed by separate order of the court.

| <u>Creditor</u> | <u>Property Description</u> |
|---|---|
| Ocwen Loan Servicing | 16000 Waterloo Road<br>Cleveland, OH 44110 |
| City of Cleveland - Treasurer | 16000 Waterloo Road<br>Cleveland, OH 44110 |

## 9. EXECUTORY CONTRACTS AND UNEXPIRED LEASES (Pay per the Proof of Claim)
All executory contracts and unexpired leases are rejected except the following, which are assumed. Trustee shall pay the monthly payment amount to allowed claims for executory contract arrearages and unexpired lease arrearages as specified below. Debtor shall pay all post-petition payments that ordinarily come due.

| Creditor | Property Description | Estimated Arrearage Claim | Monthly Payment on Arrearage Claim (Paid by Trustee) |
|---|---|---|---|

NONE

## 10. OTHER PLAN PROVISIONS
**A.** Property of the estate shall revest in the Debtor ☐ upon confirmation. ☐ upon discharge, dismissal or completion. If the Debtor has not made a designation, property of the estate shall revest in the Debtor upon confirmation. Unless otherwise ordered, the Debtor shall remain in possession of all property of the estate during the pendency of this case. All property in which the Debtor retains possession shall be insured by the Debtor. Trustee shall have no responsibility to insure assets and shall have no liability for damage or loss relating to property which is in the possession and control of the Debtor.

**B.** Notwithstanding the automatic stay, creditors and lessors provided for in paragraphs 3(A), 3(C), and 9 of this plan may continue to mail customary notices or coupons to the Debtor.

**C.** Trustee shall pay any post-petition claim filed and allowed under §1305(a)(1).

**D.** The following co-debtor claims will be paid by the co-debtor outside the plan:

| Creditor | Property Description |
|---|---|

NONE

## 11. SPECIAL PROVISIONS
This plan shall include the provisions set forth in the boxed area below. **Note: The provisions set forth below will not be effective unless there is a check in the second *notice box* preceding paragraph 1 of this plan.** Further, these provisions should not contain a restatement of the Bankruptcy Code, Federal Rules of Bankruptcy Procedures, Local Bankruptcy Rules or case law.

```
NONE
```

/s/ Jarvis Alan Clark
_____     DATE: 7/2/16
JARVIS ALAN CLARK - Debtor


/s/ Mark H. Knevel
_____     DATE: 7/2/16
Mark H. Knevel, Esq. (0029285)
Attorney for Debtor(s)
Knevel Law Co LPA
5250 Transportation Blvd Suite 201
Garfield Heights, OH 44125
(216) 523-7800
(216) 523-7801 Fax
Email: mknevel@knevellaw.com

6

```
Label Matrix for local noticing          Howard M. Metzenbaum U.S. Courthouse    21st Mortgage Corp
0647-1                                   United States Bankruptcy Court           620 Market St One Cntr Square
Case 16-14116-aih                        Howard M. Metzenbaum U.S. Courthouse     Knoxville, TN 37902-0000
Northern District of Ohio                201 Superior Avenue
Cleveland                                Cleveland, OH 44114-1235
Thu Aug 18 08:33:56 EDT 2016

(p)BANK OF AMERICA                       Cap1/mitsu                               Capital One
PO BOX 982238                            90 Christiana Rd                         PO Box 85064
EL PASO TX 79998-2238                    New Castle, DE 19720-3118                Glen Allen, VA 23058-0000


Chase                                    Chase Card                               Citi Cards
PO Box 15298                             Po Box 15298                             P.O. Box 6500
Wilmington, DE 19850-5298                Wilmington, DE 19850-5298                Sioux Falls, SD 57117-6500


City Of Cleveland Treasurer              City of Cleveland Heights Water Dep      Credit One Bank
Building And Housing                     40 Severance Circle                      PO Box 98875
Po Box 74672                             Cleveland, OH 44118-1576                 Las Vegas, NV 89193-8875
Cleveland, OH 44194-0002


Culligan Of Cleveland                    Discover Bank                            Discover Fin Svcs Llc
Po Box 2932                              Discover Products Inc                    Po Box 15316
Wichita, KS 67201-2932                   PO Box 3025                              Wilmington, DE 19850-5316
                                         New Albany, OH  43054-3025


Dsnb Macys                               EMH Reg Health System                    First American Loans
9111 Duke Blvd                           c/o JP Recovery Services                 AAFA Of Ohio Inc
Mason, OH 45040-8999                     PO Box 16749                             33419 Vine Street
                                         Rocky River, OH 44116-0749               Eastlake, OH 44095-3472


First National Bank Of Omaha             First Premier Bank                       National Cash Advance
Po Box 2557                              601 S Minnesota Avenue                   c\o McKenzie Small Loans Of Ohio
Omaha, NE 68103-2557                     Sioux Falls, SD 57104-4868               25951 Euclid Avenue
                                                                                  Euclid, OH 44132-2723


Nationwide Insurance                     Northeast Ohio Regional Sewer Dist       Ocwen
c/o Credit Colection Services            Po Box 94550                             Po Box 24738
Two Wells Avenue                         Cleveland, OH 44101-4550                 West Palm Beach, FL 33416-4738
Newton Center, MA 02459-3225


Ocwen Loan Servicing L                   PNC Bank NA                              Sears Credit Card
1661 Worthington Rd Suite 100            1 Financial Parkway                      P.O. Box 6189
West Palm Beach, FL 33409-6493           Kalamazoo, MI 49009-8002                 Sioux Falls, SD 57117-6189


Sears/cbna                               Slate From Chase                         Verizon Wireless
Po Box 6282                              Po Box 15123                             Po Box 25505
Sioux Falls, SD 57117-6282               Wilmington, DE 19850-5123                Lehigh Valley, PA 18002-5505
```

| Craig H. Shopneck | Jarvis Alan Clark | Mark H. Knevel |
|---|---|---|
| Chapter 13 Trustee | 5868 Bearcreek | Knevel Law Co. L.P.A. |
| 200 Public Square, Suite 3860 | Bedford Heights, OH 44146-2960 | Kennard Professional Bldg |
| Cleveland, OH 44114-2322 | | 5250 Transportation Blvd #201 |
| | | Garfield Heights, OH 44125-5326 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Bank of America | End of Label Matrix | |
|---|---|---|
| PO Box 982235 | Mailable recipients | 32 |
| El Paso, TX 79998-0000 | Bypassed recipients | 0 |
| | Total | 32 |