# MEETING OF CREDITORS DISPOSITION SHEET NOT ATTACHED.