# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO: 16-14116 - aih |
| JARVIS ALAN CLARK ) | JUDGE ARTHUR I. HARRIS |
| ) | CHAPTER 13 |
| Debtor. ) | |

## MOTION TO MODIFY CHAPTER 13 PLAN PRIOR TO CONFIRMATION

1. Debtor hereby moves this Honorable Court for its order approving his Modified Chapter 13 Plan attached hereto as Exhibit "B".

2. In support of this motion counsel for debtor states that he inadvertently entered the entire estimated unsecured debt of "$67,627.00" rather than "$10,144.00 or 15%, which ever is greater" in paragraph 7 of the plan, which inflated debtor's monthly plan payment. The modified plan corrects this error.

Respectfully submitted,

/s/ *Mark H. Knevel*

**KNEVEL LAW CO. LPA**
Mark H. Knevel, 0029285
Attorneys for Debtor
5250 Transportation Blvd. Suite 201
Garfield Heights, OH 44125
(216) 523- 7800 FAX 523-7801
mknevel@knevellaw.com

# CERTIFICATE OF SERVICE

Debtor, by and through counsel, hereby certify a copy of the foregoing Motion to Modify Chapter 13 Plan, Proir to Confirmation, was served upon the following, by CM / ECF Noticing System or ordinary US Mail, as indicated, on this the 15th day of December, 2016 :

**Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:**

**Office of the United States Trustee – Region 9**
   **Cleveland Office of the United States Trustee**, on behalf of Daniel M. McDermitt, United States Trustee for Region 9 at the registered United States Trustee ECF mail box @usdoj.gov, established with the bankruptcy court.

**Chapter 13 Trustee**
   Craig Shopneck at ch13shopneck@ch13cleve.com

**By Ordinary US Mail**

**Debtor**
   Jarvis Alan Clark
   5868 Bearcreek
   Bedford Heights, OH 44146

**Creditors**
   **All Scheduled Creditors**
   (See attached Clerk of Courts Mailing Matrix)

*/s/ Mark H. Knevel*
_____
KNEVEL LAW CO. LPA
**Mark H. Knevel, 0029285**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-1<br>Case 16-16416-aih<br>Northern District of Ohio<br>Cleveland<br>Thu Dec 15 08:44:04 EST 2016 | Howard M. Metzenbaum U.S. Courthouse<br>United States Bankruptcy Court<br>Howard M. Metzenbaum U.S. Courthouse<br>201 Superior Avenue<br>Cleveland, OH 44114-1235 | City of Cleveland<br>Dept. of Law<br>601 Lakeside Ave., Room 106<br>Cleveland, OH 44114-1015 |
| City of Cleveland<br>c/o Dept. of Community Developement<br>601 Lakeside Avenuem Room 320<br>Cleveland, OH 44114-1015 | Key Bank National Association<br>2001 Bishops Gate Blvd.<br>Attn.: Mail Stop SV-01<br>Mount Laurel, NJ 08054-4604 | Mortgage Service Center<br>Attn.: Bankruptcy Dept.<br>P.O. Box 5452<br>Mount Laurel, NJ 08054-5452 |
| PHH Mortgage<br>1 Mortgage Way<br>Mount Laurel, NJ 08054-4624 | PHH Mortgage<br>P.O. Box 5452<br>Mount Laurel, NJ 08054-5452 | Shapiro, Van Ess, Phillips<br>4805 Montgomery Road, Ste. 320<br>Cincinnati, OH 45212-2280 |
| State of Ohio<br>Dept. of Taxation<br>150 E. Gay Street, 21st Fl.<br>Columbus, OH 43215-3191 | Craig H. Shopneck<br>Chapter 13 Trustee<br>200 Public Square, Suite 3860<br>Cleveland, OH 44114-2322 | Lee R. Kravitz<br>4508 State Road<br>Cleveland, OH 44109-4716 |
| Shelia Acree<br>4708 W. 147th Street<br>Cleveland, OH 44135-3408 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)KeyBank National Assocation

End of Label Matrix
Mailable recipients    12
Bypassed recipients     1
Total                  13