# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | ) |
| | ) Case No: 16 - 14116 - aih |
| Jarvis Alan Clark | ) Chapter 13 |
| | ) Hon. Arthur I. Harris |
| Debtor. | ) |

## DEBTOR'S MOTION FOR AUTHORITY TO TRANSFER REAL ESTATE TO THE CUYAHOGA LAND BANK

1. Debtor hereby moves this Honorable Court for its order granting him authority to transfer to the Cuyahoga Land Bank, by gift, all his right, title and interest, in real estate located at 16000 Waterloo Road, Cleveland, OH 44110. The real estate is valued at $30,000 on debtor's schedules. Current real estate taxes owed are $23,764.03.

2. Debtor is requesting permission to transfer said real estate, by gift, to take the real estate out of his name and resolve four (4) housing code violations, pending in the Cleveland Municipal Housing Court. One of the violations requires the replacement of the roof. In addition to the cited violations, the structure is in need of other serious repairs. The real estate has no value to the bankruptcy estate. The cost of complying with the housing code violations exceed the value of the real estate. The Cuyahoga Land Bank will demolish the structures and turn the real estate into green space.

3. Debtor has received correspondence from Ocwen Mortgage Company indicating there is no balance owed on the first mortgage. The Cuyahoga County Land Bank will resolve all amounts owing on statutory liens.

**WHEREFORE,** Debtor prays the Court grant his Motion and enter an Order authorizing him to transfer to the Cuyahoga County Land Bank, by gift, all his right, title and interest, in real estate located at 16000 Waterloo Road, Cleveland, OH 44110.

Respectfully submitted,

*/s/ Mark H. Knevel*

**KNEVEL LAW CO. LPA**
Mark H. Knevel, 0029285
Attorneys for Debtor
5250 Transportation Blvd. Suite 201
Garfield Heights, OH 44125
(216) 523- 7800  FAX  523-7801
mknevel@knevellaw.com

## CERTIFICATE OF SERVICE

Debtors, by and through counsel, hereby certify a copy of the foregoing Motion for Authority to Transfer Real Estate, was served upon the following, by CM / ECF Noticing System or ordinary US Mail, as indicated, on this the 17th day of September, 2018 :

**Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:**

**United States Trustee for Region 9**
   **Cleveland Office of the United States Trustee**, on behalf of Daniel M. McDermitt, United States Trustee for Region 9.

**Chapter 13 Trustee**
   **Lauren Helbling** at Ch13trustee@ch13cleve.com

**By Ordinary US Mail**

**Debtor**
   **Jarvis Alan Clark**
   5868 Bearcreek
   Bedford Heights, OH 44146

**By Certified Mail**

**Creditors**
   **Ocwen Financial Corporation**
   c/o Glenn Messina President / CEO
   1661 Worthington Rd #100
   West Palm Beach, FL 33409

   **Ocwen Financial Corporation**
   c/o Registered Agent for Service of Process
   2711 Centerville Road Suite 400,
   Wilmington, DE 19808

   **Cuyahoga County Fiscal Officer**
   2079 East 9th Street, First Floor
   Cleveland, OH  44115

/s/ *Mark H. Knevel*

KNEVEL LAW CO. LPA
**Mark H. Knevel, 0029285**